UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Misty Meier, on behalf of her minor Child G.C-M, and Jane Doe, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Netgain Technology, LLC,<br><br>        Defendant.<br>_____ | Civil No. 21-1210 (SRN/LIB) |
| Susan M. Reicher, on behalf of herself individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>James Casson et al.,<br><br>        Defendants.<br>_____ | Civil No. 21-1300 (ECT/LIB) |
| Mark Kalling, on behalf of himself individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>Netgain Technology, LLC,<br><br>        Defendant. | Civil No. 21-1368 (NEB/LIB) |

_____

| | |
|---|---|
| Sherman Moore, on behalf of himself and all others similarly situated, | Civil No. 21-1421 (MJD/LIB) |
| Plaintiff, | |
| v. | |
| Netgain Technology, LLC, | |
| Defendant. | |

_____

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Civil case no. 21-1210 having been assigned to Judge Susan Richard Nelson and Magistrate Judge Leo I. Brisbois, and case nos. 21-1300, 21-1368, and 21-1421 having been later assigned to Judge Eric C. Tostrud, Judge Nancy E. Brasel, and Judge Michael J. Davis, respectively, and said matters being related cases,

**IT IS HEREBY ORDERED** that case nos. 21-1300, 21-1368, and 21-1421 be assigned to Judge Susan Richard Nelson nunc pro tunc, by use of cards from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse two cards (one for each case) from the same deck from which the original assignments were made pursuant to the Court's Assignment of Cases order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above-respective files.

Dated: June 17, 2021                              s/Susan Richard Nelson_____
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge

3

Dated: June 21, 2021     s/ Eric C. Tostrud
                         ERIC C. TOSTRUD
                         United States District Judge

Dated: June 17, 2021     s/Nancy E. Brasel
                         NANCY E. BRASEL
                         United States District Judge

Dated: June 21, 2021     s/Michael J. Davis
                         MICHAEL J. DAVIS
                         United States District Judge